Dale J. Park (SBN 136158)
LAW OFFICES OF DALE J. PARK
3333 Wilshire Boulevard, Suite 320
Los Angeles, CA 90010

TEL (213) 389-5900
FAX (213) 383-7758
EMAIL: daleparklawyer@gmail.com

Attorneys for Defendants
DUC HEUNG GROUP, INC., JUSTIN BAEK and STEVE BAEK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNATURE CO., INC., <br><br> Plaintiff, <br><br> Vs. <br><br> DUC HEUNG GROUP, INC., a California Corporation, dba JB INTERNATIONAL; JUSTIN BAEK, an individual; STEVE BAEK, an individual; et al. <br><br> Defendants. | Case No: 2:20-cv-03877-DMG-AFM <br><br> **[PROPOSED]** ORDER ON *STIPULATED PROTECTIVE ORDER ENTERED SEPTEMBER 1, 2020* (Docket #42) AND SETTING DEFENDANTS' INITIAL DISCLOSURE DATE <br><br> Original Complaint Filed: April 28, 2020 <br><br> Second Amended Complaint filed: ......... December 3, 2020 <br> Second Amended Complaint served:....... December 17, 2020 <br> Current Response Date: .......... **February 6, 2021** <br> (Docket #70) |

1

)
)
)
)
)

Pursuant to the ***Stipulation Binding Newly-Added Defendant Han Ah Reum Mart, Inc. ("HAR Mart"),*** **HANNAM TRADERS, INC.** and **SOOJONG, INC., GREENLAND MARKET, INC., COCASSIA, INC., M & K TRADING, WELL-BEING MORE PLUS, INC.**, and **KUKJE, INC.** (collectively "JBI Customer Defendants") ***to Stipulated Protective Order Entered September 1, 2020 (Docket #42), and Setting Defendants' Initial Disclosure Date*** (the "Stipulation") filed by Plaintiff ***KNature Co., Inc.*** ("Plaintiff"); Defendants ***Duc Heung Group, Inc.*** (dba *JB International*), ***Justin Baek***, and ***Steve Baek*** (collectively, "JBI Defendants") and ***Hannam Traders, Inc.***; and Defendant ***Han Ah Reum Mart, Inc***. ("HAR Mart"), and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

(1)  Hannam Traders, Inc. and JBI Customer Defendants shall be bound by the *Stipulated Protective Order* of September 1, 2020 (Docket #42), and all rights, obligations, and protections provided by or under the said *Stipulated Protective Order* shall also apply to HAR Mart; and

(2)  Hannam Traders, Inc. and JBI Customer Defendants shall have until February 6, 2021 to serve any initial disclosures due under F.R.C.P. Rule 26.

Dated: January 8, 2021

_____
The Hon. Alexander F. MacKinnon
United States Magistrate Judge