1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KNATURE CO., INC., a California corporation, dba INSAN HEALING,<br><br>　　　　　Plaintiff,<br>　　v.<br>DUC HEUNG GROUP, INC., a California Corporation, dba JB INTERNATIONAL; JUSTIN BAEK, an Individual; STEVE BAEK, an Individual; SUPER 1 HANNAM, INC., a California corporation; SOOJONG, INC., a California corporation; HANNAM TRADERS, INC., a California corporation; GREENLAND MARKET, INC., a California corporation; COCASSIA, INC., a California corporation; M & K TRADING, a California corporation; HAN AH REUM MART, INC., a Washington corporation;  WELL-BEING MORE PLUS, INC., a Virginia corporation; KUKJE, INC., a California corporation; and DOES 1-10, inclusive,<br>　　　　　Defendants.<br><br>And Related Cross-Actions | Case No. CV 20-3877-DMG (AFMx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE [152]** |

The parties' stipulation [Doc. # 152] is approved. The above-captioned action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: September 28, 2021

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE